## Charles Heller, Administrator, Appellee, v. Speedway Park Association, Appellant.

### Gen. No. 22,938.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917. Rehearing denied January 2, 1918.

### Statement of the Case.

Action by Charles Heller, administrator of the estate of Michael J. Sampson, deceased, plaintiff, against Speedway Park Association, a corporation, defendant, to recover on certain certificates issued by defendant in payment of certain construction work done for it by the American Contracting & Supply Company as contractor, assigned to plaintiff's intestate as a subcontractor. From a judgment for plaintiff, defendant appeals.

This appeal presents the same questions as appeal in case of *American Contracting & Supply Co. v. Speedway Park Ass'n*, Gen. No. 22,940, *ante*, p. 177, opinion in which is signed the same day, and for the reasons appearing therein this judgment is affirmed. See also, *American Contracting & Supply Co. v. Speedway Park Ass'n*, Gen. No. 22,939, *ante*, p. 179.

CAMPBELL & FISCHER, for appellant.

CHARLES J. TRAINOR and HOAG & ULLMANN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.